**Harry Butler BYARS, Appellant, v. STATE of Texas, Appellee.**

**No. 12778.**

Court of Criminal Appeals of Texas.

Nov. 12, 1941.

J. Piner Powell, of Brownwood, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is receiving and concealing stolen property; the punishment, five years in the state penitentiary.

Appellant moves this court to dismiss his appeal in this case and has supported that motion by his affidavit stating, among other things, that he does not further desire to prosecute the same.

The motion is granted and the appeal dismissed at the appellant's request.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.

**Kirven ARRANT, alias Curvin Arrant, Appellant, v. STATE of Texas, Appellee.**

**No. 21931.**

Court of Criminal Appeals of Texas.

Nov. 5, 1941.

Cline & Cline, of Fort Worth, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for robbery, punishment being assessed at five years in the penitentiary.

Appellant has filed affidavit advising this court that he does not further desire to prosecute his appeal.

The appeal is dismissed at the request of appellant.